05-19-00736-CV

FILED
DALLAS COUNTY
6/19/2019 4:03 PM
FELICIA PITRE
DISTRICT CLERK

Shelia Bradley

CAUSE NO. DC-18-08570

IN RE:                                    §        IN THE DISTRICT COURT OF
PETITION OF REWARDSTYLE, INC.,           §
                                          §
            Petitioner,                   §
                                          §
VS.                                       §        DALLAS COUNTY, TEXAS
                                          §
SHOPSTYLE, INC. AND POPSUGAR, INC.       §
                                          §
            Respondents.                  §        95th JUDICIAL DISTRICT

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/20/2019 5:41:45 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, ShopStyle, Inc. ("ShopStyle"), Respondent in the above-styled case, hereby files this Notice of Appeal. ShopStyle desires to appeal from the decision that denies its special appearance—the Court's "Final Order Denying Special Appearances and Granting Rule 202 Petition" and "Findings of Fact and Conclusions of Law," both signed on May 31, 2019. This is an interlocutory appeal permitted by TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7).

The appeal is taken from the 95th Judicial District Court in Dallas County in the above-styled case. This is an accelerated appeal pursuant to TEX. R. APP. P. 28.1(a), but it is not a parental rights termination case or a child protection case as defined in TEX. R. APP. P. 28.4.

ShopStyle appeals this case to the Fifth Court of Appeals in Dallas, Texas.

Dated: June 19, 2019

Respectfully Submitted,

/s/ *Razvan Ungureanu*_____
Razvan Ungureanu
State Bar No. 24085630
razvan@skv.com
Lee L. Kaplan
State Bar No. 11094400
lkaplan@skv.com
SMYSER KAPLAN & VESELKA, LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Fax: (713) 221-2320

Quyen L. Ta (*Admitted Pro Hac Vice*)
QTa@bsfllp.com
Sean P. Rodriguez (*Admitted Pro Hac Vice*)
SRodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California, 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Respondent ShopStyle Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a true and correct copy of the foregoing instrument has been served on all counsel of record in the above-referenced matter via electronic service.

/s/ *Razvan Ungureanu*_____
Razvan Ungureanu